THE BLAIR CAMERA CO. v. THE EASTMAN CO.

(Circuit Court of Appeals, First Circuit. October 31, 1894.)

No. 105.

This was a suit by The Eastman Company against The Blair Camera Company for infringement of a patent. A decree was rendered for complainant; the circuit court holding that the defendant's apparatus infringes the 3d, 26th, 29th, 30th, 31st, and 32d claims of letters patent No. 317,049, granted to Walker and Eastman, May 5, 1885. 62 Fed. 400. Defendant appeals.

John L. S. Roberts (Causten Browne, of counsel), for appellant.
M. B. Philipp and Chauncey Smith, for appellee.

Before PUTNAM, Circuit Judge, and NELSON and WEBB, District Judges.

PER CURIAM. We fully concur with the reasoning and conclusions of the judge who sat in the circuit court. We refer to the opinion in Shute v. Sewing Mach. Co., 64 Fed. 368, passed down this day, touching modifications of the decree and the order as to costs. The decree below will be modified so as to be expressly limited to the claims specifically passed on by the circuit court, and as thus modified is affirmed. Neither party will recover any costs of appeal.